[No. 25933-8-II.   Division Two.   September 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE MICHAEL BREWSTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-05300-3, Terry D. Sebring, J., entered April 14, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25965-6-II.   Division Two.   September 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. NIDAY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00799-6, Don L. McCulloch, J., entered May 16, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 25989-3-II.   Division Two.   September 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK J. SIFTON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00401-9, Toni A. Sheldon, J., entered May 25, 2000. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 46584-8-I.   Division One.   September 24, 2001.]

BOGLE AND GATES, P.L.L.C., *Appellant*, v. HOLLY MOUNTAIN RESOURCES, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 98-2-29463-9, Michael J. Fox, J., entered April 7 and May 8, 2000. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Cox, J.; Appelwick, J., dissenting in part. Now published at 108 Wn. App. 557.